IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-40853
Summary Calendar

---

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus

JAMMIE D. ALLEN,

                                        Defendant-Appellant.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CV-223

---

September 18, 1998

Before KING, GARWOOD and SMITH, Circuit Judges.[*]

PER CURIAM:

        Jammie D. Allen, federal prisoner # 04515-078, argues that the district court erred in denying his 28 U.S.C. § 2255 motion in which he alleged that there was not a sufficient factual basis to support his guilty plea conviction under 18 U.S.C. § 924(c).

        We have reviewed the record and the briefs of the parties and affirm the denial of the motion. *See United States v. Wilson*, 105

---

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 219, 221 (5th Cir. 1997). *See also United States v. Fike*, 82 F.3d 1315, 1328 (5th Cir. 1996); *United States v. Raborn*, 872 F.2d 589, 596 (5th Cir. 1989).

AFFIRMED